## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER, on behalf of himself and all others similarly situated,** § § § § | |
| *Plaintiff*, § § | |
| v. § | No. 3:24-cv-00401-LS |
| § § | |
| **CIRCLE K STORES INC., a Texas Corporation,** § § § § | |
| *Defendants*. § | |

## FINAL JUDGMENT

Consistent with its Order Dismissing Case entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses Plaintiff's individual claims with prejudice and his class claims without prejudice. Each party shall bear its own attorneys' fees and court costs. In connection therewith, the Clerk's Office shall **CLOSE** the case.

**SO ORDERED.**

**SIGNED** and **ENTERED** on June 25, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**